**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAZIAH RAZAGHI,

    Plaintiff,

v.

GENERAL ELECTRIC COMPANY and DOES 1 through 200,

    Defendants.

No. C 10-04306 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on January 7 2011 on Plaintiff's motion to remand. The Court HEREBY ORDERS that any opposition to this motions shall be filed by no later than November 3, 2010 and Plaintiff's reply, if any, shall be filed by no later than November 10, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 20, 2010

                                                                            JEFFREY S. WHITE
                                                                            UNITED STATES DISTRICT JUDGE