*E-Filed 12/30/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DANIEL RODRIGUEZ,

    Plaintiff,

v.

J. AGUIRRE, et al.,

    Defendants.

No. C 10-4036 RS (PR)

**ORDER OF DISMISSAL**

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* former state prisoner. Plaintiff has failed to comply with a Court order to locate and serve the defendants. Rather, he served the San Francisco City Attorney again, which has informed the Court and plaintiff that the only named defendant in the action, J. Aguirre, does not work for San Francisco. Because plaintiff has failed to serve the complaint properly, the action is hereby DISMISSED pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: December 30, 2011

RICHARD SEEBORG
United States District Judge

No. C 10-4036 RS (PR)
ORDER OF DISMISSAL